## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA      : | |
| : | Criminal No.: 1:19-cr-121 (RBW) |
| v.            : | |
| : | |
| CHAUNCEY ALLAN JONES,          : | |
| : | |
| Defendant.        : | |

## NOTICE OF WITHDRAWAL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Assistant United States Attorney Mervin A. Bourne, Jr., as counsel for the United States, is terminating their appearance as counsel of record in this matter. All other government counsel noted on the docket at the time of this filing will remain counsel for the United States.

Respectfully submitted

MICHAEL R. SHERWIN
ACTING UNITED STATES ATTORNEY
New York Bar No. 4444188

By:   */s/ Mervin A. Bourne, Jr.*
Mervin A. Bourne, Jr.
D.C. Bar No. 490175
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
Tel: (202) 252-6979
E-mail: Mervin.Bourne@usdoj.gov

## **CERTIFICATE OF SERVICE**

On this 27th day of July, 2020, a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System (ECF).

*/s/ Mervin A. Bourne, Jr.*
Mervin A. Bourne, Jr.
Assistant United States Attorney